**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **KRISTINE BREIDEL,** | |
| **Plaintiff,** | **7:26CV5011** |
| **vs.** | **ORDER** |
| **MARK SCHAMS,** | |
| **Defendant.** | |

Pursuant to the notice of settlement (Filing No. 17) filed by plaintiff,

**IT IS ORDERED:**

1. On or before **October 13, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 10th day of September, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge